

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | No. 08-19-00068-CR |
|---|---|---|
| CASEY JAMES PERKINS A/K/A JIMMY PERKINS, | § | Appeal from the |
| Appellant, | § | 120th District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20180D01802) |
| State. | § | |
| | § | |

## O R D E R

The Appellant's brief in the above styled and numbered cause was due August 14, 2019. As of the date of this order, no brief or motion for extension of time to file the brief has been filed with this Court.

It is therefore ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal and if Appellant has been deprived of effective assistance of counsel. Further, the trial court shall forward its findings to the District Clerk of El Paso County, Texas, on or before September 25, 2019. The District Clerk shall prepare and forward a supplemental clerk's record containing the findings and forward the same to this Court on or before October 5, 2019. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before October 5, 2019.

IT IS SO ORDERED this 5th day of September, 2019.

PER CURIAM